IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KAREN EAGAN,

Plaintiff,

v.

Case No. 15-cv-1321 JPG/DGW

TEK-COLLECT, INCORPORATED,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 24, 2016**             **JUSTINE FLANAGAN, Acting Clerk of Court**

                                        *s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**